**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Shawn Lashay WILLIAMS, Defendant–Appellant.**

**No. 15–10472**
**Non–Argument Calendar.**

United States Court of Appeals, Eleventh Circuit.

Nov. 30, 2015.

Arthur Lee Bentley, III, Stacie B. Harris, James A. Muench, Yvette Rhodes, U.S. Attorney's Office, Tampa, FL, for Plaintiff–Appellee.

Thomas A. Burns, Burns, PA, Tampa, FL, for Defendant–Appellant.

Before HULL, MARCUS and WILSON, Circuit Judges.

PER CURIAM:

Thomas A. Burns, appointed counsel for Shawn Lashay Williams in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of

the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Williams's conviction and sentence are **AFFIRMED**.